

# In the
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-22-00164-CR

JIMMY DON WALKER, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 115th District Court
Marion County, Texas
Trial Court No. F15507

Before Stevens, C.J., van Cleef and Rambin, JJ.
Memorandum Opinion by Justice Rambin

## MEMORANDUM OPINION

On November 2, 2022, Jimmy Don Walker pled guilty to possession of less than one gram of a Penalty Group 1 controlled substance, a state jail felony. *See* TEX. HEALTH & SAFETY CODE ANN. § 481.115(b). The trial court accepted Walker's plea and found him guilty of the charged offense. After Walker pled true to the State's punishment enhancement allegations, the trial court sentenced him to ten years' incarceration. Walker appeals.

Walker's attorney on appeal has filed a brief stating that he reviewed the record and found no genuinely arguable issues that could be raised. The brief sets out the procedural history of the case and summarizes the evidence elicited during the trial court proceedings. Meeting the requirements of *Anders v. California*, counsel has provided a professional evaluation of the record, demonstrating why there are no arguable grounds to be advanced. *Anders v. California*, 386 U.S. 738, 743–44 (1967); *In re Schulman*, 252 S.W.3d 403, 406 (Tex. Crim. App. 2008) (orig. proceeding); *Stafford v. State*, 813 S.W.2d 503, 509–10 (Tex. Crim. App. 1991); *High v. State*, 573 S.W.2d 807, 812–13 (Tex. Crim. App. [Panel Op.] 1978). Counsel also filed a motion with this Court seeking to withdraw as counsel in this appeal.

On February 17, 2023, counsel mailed Walker copies of the brief, the motion to withdraw, and the appellate record. Walker was informed of his rights to review the record and file a pro se response. By letter dated February 17, 2023, this Court informed Walker that any pro se response was due on or before March 20, 2023. On March 6, 2023, Walker filed his pro se response. Also on March 6, 2023, we advised Walker that this cause was set for submission on March 27, 2023.

We have determined that this appeal is wholly frivolous. We have independently reviewed the entire appellate record and Walker's pro se response and have determined that no arguable issue supports an appeal. *See Bledsoe v. State*, 178 S.W.3d 824, 826–27 (Tex. Crim. App. 2005). In the *Anders* context, once we determine that the appeal is without merit, we must affirm the trial court's judgment. *Id.*

We affirm the trial court's judgment.[1]


Jeff Rambin
Justice

Date Submitted:    March 27, 2023
Date Decided:      April 10, 2023

Do Not Publish

---

[1]Since we agree that this case presents no reversible error, we also, in accordance with *Anders*, grant counsel's request to withdraw from further representation of appellant in this case. *See Anders*, 386 U.S. at 744. No substitute counsel will be appointed. Should appellant desire to seek further review of this case by the Texas Court of Criminal Appeals, appellant must either retain an attorney to file a petition for discretionary review or file a pro se petition for discretionary review. Any petition for discretionary review (1) must be filed within thirty days from either the date of this opinion or the date on which the last timely motion for rehearing was overruled by this Court, *see* TEX. R. APP. P. 68.2, (2) must be filed with the clerk of the Texas Court of Criminal Appeals, *see* TEX. R. APP. P. 68.3, and (3) should comply with the requirements of Rule 68.4 of the Texas Rules of Appellate Procedure, *see* TEX. R. APP. P. 68.4.